IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRIDGETT STANDRIDGE**     PLAINTIFF

**VS.**     **4:17-CV-00768-BRW**

**ARKANSAS DEPARTMENT OF
HUMAN SERVICES,** *ET AL.*     **DEFENDANTS**

## ORDER

This case is DISMISSED for the same reasons -- specifically, the *Rooker-Feldman* doctrine[1] -- set out in Judge Holmes's June 21, 2016 order in *Standridge v. Arkansas Department of Children and Family Services*.[2]

Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED as MOOT.

IT IS SO ORDERED this 21st day of November, 2017.

                                        /s/ Billy Roy Wilson_____
                                        UNITED STATES DISTRICT JUDGE

---

[1] Under *Rooker-Feldman*, federal courts, other than the United States Supreme Court, do not have subject matter jurisdiction to hear challenges to state court judgments. See *Lemonds v. St. Louis County*, 222 F.3d 488, 492 (8th Cir. 2000).

[2] No. 4:16-CV-00225-JLH (E.D. Ark.), Doc. No. 16.